McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant CSAA Fire & Casualty
Insurance Company d/b/a AAA Insurance

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA SELMAN, individually,<br><br>                   Plaintiff,<br><br>       v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY d/b/a AAA INSURANCE; DOES I through X; ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | Case No. 2:26-cv-00549-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD, AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS** |

It is hereby stipulated, by and between the parties through their respective counsel of record, that the second, third, and fourth causes of action in Plaintiff's Complaint (ECF 1-1) shall be dismissed without prejudice. In light of this stipulation, the parties agree that Defendant's Motion

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,<br>Sheppard, Wayte &<br>Carruth LLP<br>7160 Rafael Rivera Way, Suite 320<br>Las Vegas, NV 89113

Case No. 2:26-cv-00549-JCM-DJA

STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD, AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS

to Dismiss Extra-Contractual Causes of Action pending before ethe Court (ECF 7) is moot and is therefore withdrawn.

March 24, 2026.

DIMOPOULOS INJURY LAW

By _____/s/ Jared G. Chirstensen_____
Steve Dimopoulos, Nevada Bar No. 12729
Jared G. Christensen, Nevada Bar No. 11538
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Tel. (702) 800-6000

Attorneys for Maria Selman

March 24, 2026

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____/s/ Jonathan W. Carlson_____
Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Mandy Vogel, Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant CSAA Fire & Casualty
Insurance Company d/b/a AAA Insurance

**IT IS SO ORDERED:**

DATED March 26, 2026.

_____
UNITED STATES DISTRICT JUDGE

16089225.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

2                                Case No. 2:26-cv-00549-JCM-DJA
STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD, AND FOURTH CAUSES OF ACTION IN
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2026, a true and correct copy of **STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD, AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider

Cheryl A. Schneider, an Employee of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

3

Case No. 2:26-cv-00549-JCM-DJA

STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD, AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND TO WITHDRAW MOTION TO DISMISS